UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-                      **ORDER**

                                                          22 Mag. 590

SUKSAN JULLANAN
USM# 94577-509,

                               Defendant.

-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

       The Court remains concerned about Mr. Jullanan's acute medical situation. The Court understands the government has received representations from Essex County Correctional Facility that Mr. Jullanan will be attended to today. Given that representation, defense counsel's request that Mr. Jullanan be moved from Essex County Correctional Facility to Metropolitan Detention Center is stayed for 24 hours. The Court requests an update from Essex County Correctional Facility and the parties by tomorrow, **April 6, 2022 at 10:30 a.m.**

       SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                                           *Jennifer E. Willis*
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge